# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**DORIS HESS**

vs.

**BUCHANAN COUNTY PUBLIC SERVICE AUTHORITY**

Action No:   1:20CV62

Date:   5/18/2021

Judge:   James P. Jones

Court Reporter:   Donna Prather, OCR

Deputy Clerk:   Felicia Clark

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Steve Minor | Cameron Bell |

PROCEEDINGS:
Motion hearing held in re: DE 8 – Motion to Dismiss for Failure to State a Claim. All parties were present and ready to proceed. Oral argument by counsel. Court took DE 8 – Motion to Dismiss or Failure to State a Claim under advisement. Court adjourned.

Time in Court:   11:00 – 11:50 p.m. (50 minutes)